IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Andre Cotton

Rcv'd by: HD AN

**Complaint for a Civil Case**

Case No. GLR 25 CV 0746

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

USDC- BALTIMORE
'25 MAR 6 PM 3:54

-against-

Baltimore City Office of Child Support

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Andre Cotton
   Street Address: 3720 Nicken ct
   City and County: Baltimore
   State and Zip Code: Maryland 21202
   Telephone Number:
   E-mail Address: Aishaeyei@yahoo.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: Donna
   Job or Title (if known): worker DSS
   Street Address: 1900 N. Howard St
   City and County: Baltimore
   State and Zip Code: Maryland 21218
   Telephone Number: 1800-332-6347
   E-mail Address (if known):

2

Defendant No. 2

    Name _____

    Job or Title _____
    (if known)

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address _____
    (if known)

Defendant No. 3

    Name _____

    Job or Title _____
    (if known)

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address _____
    (if known)

Defendant No. 4

    Name _____

    Job or Title _____
    (if known)

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address _____
    (if known)

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Forced Compliance 18 USC / Conspiracy 18 USC 4
Treason 18 USC 2371

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Aundro Coffon, is a citizen of the State of *(name)* Maryland.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* Aurville Coffon, is incorporated under the laws of the State of *(name)* Maryland, and has its principal place of business in the State of *(name)* Maryland.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, (name) _Donna_____, is a citizen of the State of (name) _Maryland_____. Or is a citizen of (foreign nation) _____.

   b. If the defendant is a corporation

   The defendant, (name) _Donna_____, is incorporated under the laws of the State of (name) _Maryland_____, and has its principal place of business in the State of (name) _Maryland_____. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   _1 million dollars._

5

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Forced slavery   $250,000.00   18 USC 3571
Extortion        $5,000.00     18 USC 872
Mail Threats     $5,000.00     18 USC 876
Conspiracy       $10,000.00    18 USC 241

X Conspiracy MS Donna Refuse to give her supervisor name. DSS is public servants.

X Forced slavery child support DSS made me sign documents with threats of being arrested if i did not comply.

X Mail threats always they send letters with threat of in prisonment and suspend of License.

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Caused my self Mr. cotton a Finacial Burden, and stress. my Relief I do not want to be Bothered By this corporation.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-5, 2025

Signature of Plaintiff   *Andrl Cotton*
Printed Name of Plaintiff   *Ardlo Cotton*

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Address   _____
Telephone Number   _____
Email Address   _____